\*\* E-Filed 11/19/2007 \*\*

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| AURORA NATIONAL LIFE ASSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW C. JOHNSON, et al.,<br><br>　　　　　　Defendants.<br>AND RELATED CLAIMS | Case Number C 07-0216 JF<br><br>JUDGMENT |

　　　　Defendant J.G. Wentworth SSC Limited Partnership's motion for declaratory judgment having been granted, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in favor of Defendant J.G. Wentworth SSC Limited Partnership. The Clerk shall close the file.

DATED: November 19, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. C07-0216 JF
JUDGMENT
(JFEX2)

1 | This Order has been served upon the following persons:
2 | James Richard Felton      jfelton@greenbass.com
3 | William Michael Pierce      sjlaw@yahoo.com
4 | Will Spencer Skinner      Will.Skinner@dbr.com

2

Case No. C07-0216 JF
JUDGMENT
(JFEX2)